1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHELLE R. HAKIM,

Plaintiff,

v.

ALLTRAN FINANCIAL, LP,
Defendant.

Case No. 2:19-cv-09614-AB-JEMx

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 4, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE